▮ UNITED STATES *versus* FIVE BARRELS CIDER AND EIGHT BUSHELS OATS. ▮

JOURNAL ENTRIES: (1) Dec. 7, 1829: libel filed, time fixed for trial, notice ordered published;

(2) Dec. 28, 1829: publication proved, proclamation made, motion for judgment of forfeiture and order for sale; (3) Dec. 29, 1829: property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1829): (1) Libel; (2) printer's bill, receipt; (3) copy of order of sale, return; (4) additional return of sale.
*File No.* 38 of 1829.